```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

FRANCIS DRAKE                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 3:06cv318 TSL-JCS

CITY OF PEARL, MISSISSIPPI, et al.                  DEFENDANTS

<u>ORDER OF DISMISSAL</u>

This cause comes before the court <u>sua</u> <u>sponte</u>, the parties having announced that they have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within twenty (20) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the  10th   day of July, 2007.

                              /s/Tom S. Lee
                              UNITED STATES DISTRICT JUDGE